In re Aurendina G. VEIGA, Associate Magistrate, Rhode Island Traffic Tribunal.

No. 03–642–M.P.

Supreme Court of Rhode Island.

June 22, 2005.

J. Renn Olenn, Warwick, Marc DeSisto, Providence.

### ORDER

The Commission on Judicial Tenure and Discipline (the commission), by unanimous vote of its membership, has adopted and filed with this Court its written recommendation that respondent Aurendina G. Veiga be removed from the office of Associate Magistrate of the Rhode Island Traffic Tribunal (the Traffic Tribunal). The recommendation, submitted by the commission following a June 14, 2005 hearing on a charge that respondent Veiga had violated the Canons of Judicial Ethics by repeatedly failing to satisfy a check written by her on December 21, 2003 and returned due to insufficient funds, was arrived at upon the commission's consideration of this violation within the broad context of "respondent's past conduct and propensity to ignore her obligations under the Code of Judicial Conduct."

Accordingly, we hereby direct respondent Veiga to appear before this Court in conference on *June 29, 2005* at *9:30 a.m.* and show cause why she should not be removed from her office as Associate Magistrate of the Traffic Tribunal in accordance with the commission's recommendation.

■

In re Aurendina G. VEIGA, Associate Magistrate, Rhode Island Traffic Tribunal.

No. 03–642–M.P.

Supreme Court of Rhode Island.

June 30, 2005.

J. Renn Olenn, Warwick, Marc DeSisto, Providence.

### ORDER

The request of respondent Aurendina G. Veiga that this Court accept her resignation as a Magistrate of the Rhode Island Traffic Tribunal is hereby granted, and the Court hereby accepts respondent's resignation.

The respondent's motion to redact personal banking information from the checks which are a part of Exhibit # 2 in this proceeding is granted as to the following items only: respondent's driver's license number; respondent's telephone number; respondent's social security number; and respondent's bank identification numbers. The motion is denied as regards the redaction of payee names and other information. Except as provided herein, the June 28, 2005 Order of the Chief Justice, sitting as Duty Justice, temporarily sealing the records contained in Exhibit # 2 is vacated.

The motions filed by the Providence Journal Company to intervene in this proceeding and to vacate the Order sealing the exhibits, as prayed, are denied.